# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| LASHANDA KHAN, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:24-CV-00134-MJT |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, FRANK BISIGNANO, | § § § | JUDGE MICHAEL TRUNCALE |
| | § | |
| *Defendant*. | | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court has received and considered the Report of the United States Magistrate Judge (Dkt. #11) pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed and the deadline for doing so has passed.

After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. Accordingly, the Report of the United States Magistrate Judge is ADOPTED. A Final Judgment will be entered separately.

**SIGNED this 25th day of June, 2025.**

*[signature]*

Michael J. Truncale
United States District Judge